JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-0121-AG(ANx) | Date | July 15, 2008 |
| Title | PEGGY LAWLESS v JEAN-JACQUES BOUCHE, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | | Not Present |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [In Chambers] **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

The Complaint in this matter was filed on February 1, 2008. On April 30, 2008, 2008, this Court issued a Minute Order which ordered plaintiff to show cause in writing on or before May 16, 2008, why this action should not be dismissed for lack of prosecution for failure to prosecute the action diligently. On May 20, 2008, this Court continued the Order to Show Cause, in writing, to June 6, 2008. On June 23, 2008 the Court again continued the Order to Show Cause, in writing, to July 11, 2008. Since that date, there has been no further action on this matter.

   Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution, and for failure to comply with the Orders of the Court.

:   0

Initials of Preparer   lmb